UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 2:21-cr-00027-08 |
| VERSUS | : | JUDGE JAMES D CAIN, JR. |
| KERWIN TYLER PERRY (08) | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 436] of the Magistrate Judge, recommending that that Counts 1, 4, 5, and 6 of the original indictment, felony charges, be dismissed. After considering the record and noting the defendant's guilty plea, consent to proceed before a magistrate judge, and the government's verbal motion to waive the remaining counts, the Court finds that the recommendation is correct under applicable law. Accordingly, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Report and Recommendation be **ADOPTED** and Counts 1, 4, 5, and 6 of the original indictment, felony charges, be dismissed.

**THUS DONE AND SIGNED** in Chambers on the 8th day of September, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE